**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TIFFANY MUSIC ACADEMY, a California Limited Liability Company,<br><br>Defendant. | Case No. Case No. 8:22-cv-01551-CJC-(JDEx)<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Having properly read and considered the Parties' Joint Stipulation of Dismissal with Prejudice, the matter of *Matthew James v. Tiffany Music Academy*, Case No. 8:22-cv-01551, is hereby dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: December 7, 2022

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE